# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **22-1605**　　　Case Manager: **Amy Gigliotti**

Case Name: **Luke Waid, et al. v. Richard Snyder, et al.**

Is this case a cross appeal?　☐ Yes　☒ No

Has this case or a related one been before this court previously?　☒ Yes　☐ No

If yes, state:
　Case Name: **Waid v. Snyder**　　Citation: **22-1197**
　Was that case mediated through the court's program?　☐ Yes　☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> Whether a $500 charge for bone lead test is fair and resonable in the absence of any evidence of evidence of actual cost.
>
> Opposing Party: Napoli Shkolnik

This is to certify that a copy of this statement was served on opposing counsel of record this **28** day of **July**, **2022**.

Mark R. Cuker
Name of Counsel for Appellant

6CA 53
Rev. 6/08