Nos. 22-1605

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

In re: FLINT WATER CASES

LUKE WAID

    *Plaintiffs-Appellants*,

v.

RICHARD DALE SNYDER,

    *Defendant-Appellee.*

In re: FLINT WATER CASES
LUKE WAID

    *Plaintiff*                     Case No. 22-1185

CO-LIAISON COUNSEL FOR THE
INDIVIDUAL PLAINTIFFS; CO-LEAD
COUNSEL FOR THE SETTLEMENT CLASS

    *Plaintiff-Appellees*

v.

RICHARD DALE SNYDER,

    *Defendant*

RAYMOND HALL; ROBER HEMPEL;
ASHLEY JANKOWIAK

    *Objectors-Appellants*

In re: FLINT WATER CASES
LUKE WAID

      *Plaintiff*

| | |
|---|---|
| CO0LEAD COUNSEL FOR THE SETTLEMENT CLASS; CO0LIAISON COUNSEL FOR THE INDIVIUDAL PLAINTIFFS | Case No. 22-1187 |

v.

RICHARD DALE SNYDER

      *Defendant*

COLLEEN CONNORS

      *Interested Party – Appellant*

In re: FLINT WATER CASES
LUKE WAID

      *Plaintiff*

| | |
|---|---|
| CO-LEAD COUNSEL FOR THE SETTLEMENT CLASS; CO-LIAISON COUNSEL FOR THE INDIVIDUAL PLAINITFFS | Case No. 22-1197 |

      *Plaintiff-Appellees*

v.

RICHARD DALE SNYDER,

      *Defendant*

HELEN CHAPMAN; DOROTHY CHAPMAN; SHAMIYA CHAPMAN;

LASHONDA JONES; SHIRLEY GLOVER
On behalf of herself and her children J.S.
and A.S.; TRISHA WALTER; TOMMIE
LOWERY, JR. on behalf of himself and his
Children T.L., I.L. and M.L.; LINDA WELCHE;
EARL WELCHEL; REKIYAH WILLIAMS on
Behalf of herself and her children M.W.,
O.B., D.W. and D.W.; ASHLEY SUBLETT
On behalf of herself and children N.W., B.S.,
J.J. and K.L.; ELIZABETH FRANKLIN, on
Behalf of herself and her children E.W. and E.W.;
FLORLISA STEBBINS; ALBERT HARRIS;
SHEILA HARRIS; NADINE ROBERTS, on
Behalf of herself and her foster daughter D.J.

*Objectors-Appellants*

---

## APPELLANTS' UNOPPOSED MOTION TO CONSOLIDATE AND FOR A 14-DAY EXTENSION OF TIME TO FILE APPLEANTS' BRIEF

---

CUKER LAW FIRM, LLC
One Logan Square, Suite 1200
Philadelphia, PA 19103
Mark R. Cuker, Esquire
I.D. 21182

*Counsel for Plaintiffs-Appellants
Frank and Lisa Penna*


**DATED:    August 3, 2022**

1. Pursuant to Federal Rules of Appellate Procedure 3(b) and 28(b), Appellants Nadine Roberts on behalf of her foster daughter, D.J. and D.J. in her own right respectfully move to consolidate the above-captioned appeals and for permission to file a consolidat3ed brief two weeks from the current due date of September 7, 2022.

2. All four of these appeals arise from proceedings in the United States District Court for the Eastern District of Michigan (Hon. Judith E. Levy) concerning the consolidated class action involving the Flint Water Crisis. The first three appeals were filed by individuals seeking to appeal the same order, Opinion & Order Granting in Part and Denying in Part Plaintiffs' Motion for an Award of Attorney Fees and Reimbursement of Expenses, *In re Flint Water Cases,* No. 16-cv-10444 (E.D. Mich. Feb. 4, 2022), ECF No. 2105. The fourth appeal, 22-1605, arose out of a closely related order and the appellants in 22-1605 Roberts and D.J. are also appellants in 22-1197.

3. A motion to consolidate the first three appeals has already been filed. *See* ECF #9 filed in 22-1197 on April 1, 2022.

4. Federal Rule of Appellate Procedure 3(b)(2) allows that separately oticed appeals may be consolidated by this Court. Fed. R. App. P. 3(b)(2).

5. Because these appeals seek to appeal related order and present "common questions of law," consolidation is both appropriate and the most efficient

manner for resolving these issues. *See Ne. Ohio Coal for Homeless v. Blackwell*, 467 F.3d 999 1005 (6th Cir. 2006).

6. In addition, the court ordered Appellants Roberts and D.J. to file their brief in Appeal no. 2201605 by September 7, 2022.

7. Counsel for these Appellants has a long-scheduled prepaid vacation from August 15 through August 29, 2022.

8. Accordingly, Appellants Roberts and D.J. request a two week extension of the due date for their brief, to September 21, 2022.

9. None of the other parties object to either consolidation or extension of time for filing the brief.

Accordingly, Appellants Roberts and D.J. respectfully ask for an order (1) consolidating appeals No. 22-1185, No. 22-1187, No. 22-1197 and 22-1605; (2) allowing Appellants Roberts and D.J. a two week extension of time, until September 21, 2022, to file their brief.

Respectfully submitted,

Dated: August 4, 2022

*/s/ Mark R. Cuker*
CUKER LAW FIRM LLC
One Logan Square, Suite 1200
Philadelphia, PA 19103
mark@cukerlaw.com
(215-531-8522

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Fed. R. App. P. 27(d)(2), I certify that this motion contains 372 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), 6 Cir. R. 32(b)(1), and 6 Cir. R. 27(a)(2)(B).

This motion complies with the typeface and type style requirements of 6 Cir. R. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Mircrosoft Word in 14-point Time New Roman Font.

Respectfully submitted,

/s/ Mark R. Cuker
CUKER LAW FIRM, LLC
Mark R. Cuker
One Logan Square, Suite 1200
Philadelphia, PA 19103
(215) 531-8522
mark@cukerlaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system, which will cause a copy of said document to be electronically transmitted to all counsel of record.

I also hereby certify that a true and correct copy of the foregoing document was served by electronic means upon pro se Objector-Appellant Ms. Colleen Connors as an agreed upon method of service.

> Ms. Colleen Connors
> P.O. Box 320798
> Flint, MI 48532

Dated:  August 4, 2022                              */s/ Mark R. Cuker*