**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 22, 2023

Ms. Emmy L. Levens
Cohen Milstein Sellers & Toll
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005

Mr. Adam Ezra Schulman
Hamilton Lincoln Law Institute
1629 K Street, N.W., Suite 300
Washington, DC 20006

Mr. Hunter J. Shkolnik
Napoli Shkolnik
1302 Avenida Ponce de Leon
Santurce, PR 00907

　　　　　　　　Re:　Case No. 22-1185/22-1197/22-1605, *Luke Waid, et al v. Richard Snyder, et al*
　　　　　　　　　　**Cancellation of Oral Argument -- Tuesday, March 14, 2023**

Dear Counsel:

　　Please be advised that the **oral argument** scheduled for **Tuesday, March 14, 2023**, **has been cancelled**.  The court will now consider this case on the record and the briefs filed by the parties.

　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　s/Jeanine R. Hance
　　　　　　　　　　　　　　　　Calendar Deputy

cc:　Mr. M. Frank Bednarz
　　　Mr. Mark Cuker
　　　Mr. Theodore H. Frank
　　　Mr. Theodore J. Leopold
　　　Mr. Moshe Maimon
　　　Ms. Cary S. McGehee
　　　Mr. Michael L Pitt
　　　Mr. Corey M. Stern